**(Official Form 1)(12/03)**      **Bar No#: 00798377**

**FORM B1**    **UNITED STATES BANKRUPTCY COURT / EASTERN DISTRICT OF TEXAS / SHERMAN DIVISION**    **Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First Middle): **MORRIS, KORINA DEANNE WOSSUM** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **aka Korina D. Wossum; aka Korina D. Morris** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): **xxx-xx-2578** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code): **1060 JENNIFER PLACE / LEWISVILLE, TX 75077** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business: **DENTON** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other_____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Section 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- [ ] Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2004 (Build 6.2.0.793, ID 2429930318)*

| **Voluntary Petition (page 2)** *(This page must be completed and filed in every case)* | Name of Debtor(s): **KORINA DEANNE WOSSUM MORRIS** |
|---|---|

| **Prior Bankruptcy Case(s) Filed Within Last 6 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ KORINA DEANNE WOSSUM MORRIS**
   **KORINA DEANNE WOSSUM MORRIS**

X _____

Telephone Number (If not represented by an attorney)
**01/17/2005**
Date

**Signature of Attorney**

X **/s/ Ronda K. Mink**
   **Ronda K. Mink**   Bar No. **00798377**

**Ronda K. Mink, Attorney at Law**
**P.O. Box 270705**
**Flower Mound, TX 75027-0705**

Phone No. **(972) 355-1334**   Fax No. **(972) 724-9553**
01/17/2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Printed Name of Authorized Individual

Title of Authorized Individual
**01/17/2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Ronda K. Mink**   01/17/2005
   **Ronda K. Mink**   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: **KORINA DEANNE WOSSUM MORRIS**          CASE NO

*Debtor(s)*          CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  01/17/2005          Signature  /s/ KORINA DEANNE WOSSUM MORRIS
                                    *KORINA DEANNE WOSSUM MORRIS*

Date  _____          Signature  _____

Algiers Homestead Association  
P.O. Box 6308  
New Orleans, LA  70174

American Express  
P.O. Box 360002  
Ft. Lauderdale FL 33336

American Express  
P.O. Box 650448  
Dallas, TX 75265-0448

American Home Shield  
P.O. Box 2803  
Memphis, TN  38101-2803

AT&T Universal Card  
P.O. Box 6406  
The Lakes, NV  88901-6406

Bank One  
P.O. Box 94014  
Palatine, IL 60094-4014

Chase  
P.O. Box 52195  
Phoenix, AZ  85072-2195

Discover  
P.O. Box 30395  
Salt Lake City, UT  84170-0395

First Premier  
P.O. Box 5147  
Sioux Falls, SD  57117-5147

Harley Davidson Credit
P.O. Box 21968
Carson City, NV  89721


Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6028


Kohl's
P.O. Box 3084
Milwaukee, WI  53201-3084


MBNA
P.O. Box 15137
Wilmington, DE  19886-5137


Medical Edge Healthcare
P.O. Box 650058
Dallas, TX  75265-0058


National City Mortgage
P.O. Box 54828
Los Angeles, CA  90054


Ronda K. Mink, Attorney at Law
P.O. Box 270705
Flower Mound, TX 75027-0705


Sallie Mae Servicing
P.O. Box 9500
Wilkes Barre, PA  18773-9500


Sears
P.O. Box 182149
Columbus, OH  43218-2149

Transworld Systems Inc.
Collection Agency
8131 LBJ Freeway #200
Dallas, TX 75251

Triad Financial/Roadloans.com
Dept. CH10104
Palatine, IL 60055-0104

Verizon Southwest
P.O. Box 920041
Dallas, TX  75392-0041

Wells Fargo Financial
P.O. Box 98798
Las Vegas, NV  89193-8798